**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| ALAN MAURICE CHILDRESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-CV-00235 SPM |
| ) | |
| AMBER KOOYMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On January 8, 2025, Childress filed twenty-seven pages of print outs showing deposits made into his inmate account at the Pemiscot County Jail between July 29, 2024 and December 20, 2024. [ECF No. 5]. This document cannot suffice as the six-month account statement, however, that is required for plaintiff to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(2). First, the document does not contain any certification by the "appropriate official of each prison at which the prisoner is ... confined." 28 U.S.C. § 1915(a)(2). Second, the document does not indicate Childress' account balance over the course of the relevant six-month period. Section 1915(a)(2) requires that a plaintiff furnish an account statement "for the 6–month period immediately preceding the filing of the complaint...." 28 U.S.C. § 1915(a)(2). Additionally, there is no motion to proceed in forma pauperis currently pending.

Because Childress is proceeding pro se, the Court will provide him one last chance to either pay the $405 filing fee or submit a motion to proceed in forma pauperis with an accompanying prison account statement. Childress shall, no later than **February 3, 2025**, either (1) pay the filing fee or (2) file a motion to proceed without prepaying the fees. If he files a motion to proceed without prepaying the fees, Childress must also file a certified copy of his prison account statement

for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). Failure to timely pay the filing fee or file a motion to proceed without prepayment of fees will result in the Court dismissing this case without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, no later than February 3, 2025, either (1) pay the filing $405 filing fee or (2) file a motion to proceed without prepaying the fees along with an accompanying certified account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this matter will be **DISMISSED,** without prejudice.

Dated this 16th day of January, 2025.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE